IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CRIMINAL NO. 3:19mj 83 |
| | ) | |
| v. | ) | |
| | ) | |
| **IAN A. WILLIAMS,** | ) | |
| | ) | |
| *Defendant.* | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, IAN A. WILLIAMS, was on Fort Lee, Virginia, in the Eastern District of Virginia.

2. Fort Lee, Virginia is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States and this Court.

## COUNT ONE

### (Citation No. 7930610)

On or about May 19, 2019, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, within the jurisdiction of this Court and the special territorial jurisdiction of the United States, defendant, IAN A. WILLIAMS, did knowingly and intentionally enter upon a military installation with the

purpose of violating Fort Lee Regulation 190-2; to wit: IAN A. WILLIAMS did willfully possess and carry onto Fort Lee a handgun which he failed to declare and register with the Provost Marshal's Office.

(In violation of Title 18, United States Code, Section 1382.)

## COUNT TWO

### (Citation No. 7930609)

On or about May 19, 2019, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, within the jurisdiction of this Court and the special territorial jurisdiction of the United States, defendant, IAN A. WILLIAMS, was found operating a motor vehicle on the highways of Virginia in excess of the posted speed limit, to wit: 36 miles per hour in a posted 25 miles per hour zone. (In violation of 32 Code of Federal Regulations, Section 634.25(f), adopting the 1950 Code of Virginia, as amended, Section 46.2-874.)

G. ZACHARY TERWILLIGER
ACTING UNITED STATES ATTORNEY

By: _____/s/_____
Gabrielle S. Heim
Special Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA 23219
Phone: (804) 765-1542
Fax: (804) 765-1950
gabrielle.s.heim.mil@mail.mil